JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 18

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SANCHEZ,<br><br>            Petitioner,<br><br>    vs.<br><br>J. WOODFORD, CDC Director,<br><br>            Respondent. | CASE NO. SA CV 07-00698 ABC (RZ)<br>Consolidated with<br>CASE NO. SA CV 05-01098 ABC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petitions of CARLOS SANCHEZ for a writ of habeas corpus. Having reviewed the Petitions and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the 2005 First Amended Petition and the 2007 Petition are denied and the consolidated action dismissed with prejudice.

DATED: 1/19/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE